# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2012

144031

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ROBERT WALTER MUNIZ,
      Defendant-Appellant.

SC: 144031
COA: 305720
Isabella CC: 2010-000768-FH

_____/

On order of the Court, the application for leave to appeal the October 12, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2012

Clerk

t0227